PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 2 5 2011

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

| U.S.A. vs. | Jose David Alvarez-Bautista | Docket No. | 2:11CR02037-FVS-001 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW James A. Moon, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jose David Alvarez-Bautista who was placed under pretrial release supervision by the Honorable James P. Hutton sitting in the Court at Yakima, WA, on the 13th day of June 2011, under the following conditions:

**Condition #9:** The defendant is placed with Isaura Ramos, Yakima, Washington; and
**Condition #28:** The defendant shall be restricted to his residence every day from 6:00 p.m. to 8:00 a.m.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Jose David Alvarez-Bautista is alleged to be in violation of his conditions for pretrial supervision in the Eastern District of Washington by failing to stay at the residence of Isaura Ramos in Yakima as required by his curfew the night/morning of July 21 and 22, 2011.

### PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under penalty of perjury that the foregoing is true and correct. |
|  | Executed on:    07/25/2011 |
| by | s/James A. Moon |
|  | James A. Moon<br>U.S. Probation Officer |

## THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    Other (Confirming the Telephonic Warrant issued
       July 22, 2011)

_____
Signature of Judicial Officer

7/25/11
_____
Date