UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> JOSE DAVID ALVAREZ-BAUTISTA, ) <br> ) <br> Defendant. ) <br> _____) | NO: CR-11-2037-FVS <br><br> **ORDER GRANTING MOTION TO AMEND CONDITIONS OF RELEASE** <br><br> **ACTION REQUIRED** |

BEFORE THE COURT is Plaintiff's Motion for Amendment of Conditions of Release (Ct. Rec. 111).

For the reason set forth in Plaintiff's motion, IT IS HEREBY ORDERED that Plaintiff's Motion for Amendment of Conditions of Release **(Ct. Rec. 111)** is **GRANTED**. Defendant shall be immediately remanded to the custody of the U.S. Marshal Service pending further hearing before this court.

The District Court Executive is directed to enter this Order and provide copies to counsel and the United States Marshal Office.

Dated this 16th day of November, 2011.


                                s/James P. Hutton
                                JAMES P. HUTTON
                           UNITED STATES MAGISTRATE JUDGE

ORDER

1